UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN 30 AM 9:59
BY: DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Francisco CABRERA-Villanueva AKA: Jorge SANDOVAL** Defendant. | Magistrate Case No. '08 MJ 1987 <br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C., Section 1326; Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **February 23, 2008,** within the Southern District of California, defendant, **Francisco CABRERA-Villanueva (AKA Jorge SANDOVAL)**, an alien who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States without the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

D. Woody

SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30th DAY OF **JUNE, 2008.**

Barbara L. Major

UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On February 23, 2008, a Border Patrol Agent apprehended the defendant, identified as Francisco CABRERA-Villanueva (AKA Jorge SANDOVAL) for Unlawful Entry into the United States. The defendant was subsequently booked into County jail for PC 3056, (Violation of Parole). A Border Patrol Agent placed a Form I-247 (Immigration Detainer) pending his release from custody.

On June 27, 2008, the defendant was referred to the custody of United States Immigration and Customs Enforcement (ICE) at San Diego, California. A Deportation Officer conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States.

A review of official immigration computer database record checks and information contained in the Alien Registration file revealed the defendant was most recently ordered removed from the United States on or about January 17, 2008, and removed to Mexico on January 17, 2008, via the San Ysidro, CA Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) was utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed his identity as Francisco CABRERA-Villanueva, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

The defendant was advised of his rights per Miranda; he waived those rights and agreed to answer questions without counsel present. The defendant stated his true name is Francisco CABRERA-Villanueva, and he is a citizen of Mexico by birth in Michoacan, Mexico. The defendant admitted he has not applied to obtain documents nor is he in possession of documents entitling him to enter or reside in the United States lawfully. He also admitted he did not apply for a waiver of removal or deportation to re-enter the United States.

EXECUTED ON THIS 27th DAY OF JUNE 2008, AT 3:00 P.M.

[signature]

[illegible]
Deportation Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the defendant named therein committed the offense on **February 23, 2008,** in violation of Title 8, United States Code, Section 1326.

[signature]
UNITED STATES MAGISTRATE JUDGE

6/27/08 at 8:37pm
DATE / TIME